DAVID W. NEVINS v. HENRY BRUNING.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES FUCCILLO v. JAMES T. MAXWELL and Others.— Motion denied, with ten dollars costs, as unnecessary. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

OSCAR L. RICHARD and Others v. THE NATIONAL CITY BANK OF NEW YORK. (Action No. 2.) — Motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of HERMAN S. WHALEY against FRANCES PERKINS, Individually and as Industrial Commissioner, etc., of the New York State Department of Labor, and Others.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

WILLIAM J. FOX v. NATIONAL BELLAS HESS CO., INC.— Motion denied and stay vacated. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

JOSEPH H. MURPHY v. GREYLOCK RIBBON CARBON COMPANY, INC.— Motion denied and stay vacated. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

GWENDOLYN MODESTE and Others v. PATRICK CASS, Impleaded, etc.—Motion denied. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. IRVING ASHKENAS and Another.— Motion granted, and appellants' time within which to serve and file appellants' points on appeal is extended to and including April 1, 1931, with notice of argument for April 16, 1931. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

ROGERS SILVERWARE REDEMPTION BUREAU, INC., v. ROGERS SILVER PREMIUM BUREAU, INC., and Another.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

STONE AND WEBSTER AND BLODGET, INC., v. DAVID S. STERN and Another.— Motion granted. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ

EMIL BORDEN v. FRED T. LEY & CO., INC.— Motion granted. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

BEATRICE SCHRIER, by FANNIE SCHRIER, Her Guardian ad Litem, v. CHARLES JAVITZ and Others, and JOSEPH PERLBINDER.— Motion granted, and the argument of appeal is stayed pending the correction and refiling of the record. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

CONSOLIDATED INDEMNITY AND INSURANCE COMPANY v. MAX EPSTEIN and IDA EPSTEIN.— Motion granted with respect to Exhibits Nos. 10 and 11, and with respect to Exhibits Nos. 1, 3, 4, 5, 6 and 7, photostatic copies thereof be inserted in the original printed record and in five of the eighteen copies thereof to be filed in the office of the clerk of this court, and in one of the copies thereof to be served upon the attorney for the respondent. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.

HENRY D. SAYER, Trustee in Bankruptcy of AMHERST CORPORATION, v. S. W. STRAUS & Co.— Motion granted. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.